IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERUS N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-913 (JCB) |
| | ) | |
| XENCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF NON-CONSENT
TO HEARINGS AND/OR TRIAL IN TEXAS**

Pursuant to JCB-CV-77 entered May 15, 2025, Plaintiff Merus N.V. hereby provides notice that at least one of the parties in this action does not consent to "trial, *see* 28 U.S.C. § 1404(a), hearings, *see* Fed. R. Civ. P. 77(b), or both in the Eastern District of Texas, Tyler Division." Counsel for Merus reached out to counsel for Defendant Xencor, Inc. seeking to file a joint notice, but the parties were unable to reach agreement on the form of notice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

---

Jeremy A. Tigan (#5239)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
byenerall@morrisnichols.com

OF COUNSEL:

Peter J. Armenio
Colleen Tracy James
Jessica M. Stookey
Camille H. Mangiaratti
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY  10005
(212) 701-3000

*Attorneys for Plaintiff Merus N.V.*

June 12, 2025