IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERUS N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-913 (JCB) |
| | ) | |
| XENCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE REGARDING PLACE OF TRIAL AND HEARINGS**

Pursuant to JCB-CV-77 entered May 15, 2025 (D.I. 30), Defendant Xencor, Inc provides this Notice regarding the place of trial and hearings.  Xencor, Inc. consents to conducting hearings in the Eastern District of Texas, Tyler Division, as may be convenient for the Court, but does not consent to conducting trial in the Eastern District of Texas.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*

_____

Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
apoff@ycst.com
rvrana@ycst.com

OF COUNSEL:

Eric W. Dittmann
Isaac S. Ashkenazi
Ashley N. Mays-Williams
PAUL HASTINGS LLP
200 Park Avenue
New York, NY  10166
ericdittmann@paulhastings.com
isaacashkenazi@paulhastings.com
ashleymayswilliams@paulhastings.com

Naveen Modi
Daniel Zeilberger
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC  20036
naveenmodi@paulhastings.com
danielzeilberger@paulhastings.com

Simon F. Kung
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA  94304
simonkung@paulhastings.com


*Attorneys for Defendant Xencor, Inc.*

June 12, 2025

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 12, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

## <u>BY EMAIL</u>

Jack B. Blumenfeld
Jeremy A. Tigan
MORRIS, NICHOLS,
ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*jblumenfeld@morrisnichols.com*
*jtigan@morrisnichols.com*

*Attorneys for Merus N.V.*

Peter J. Armenio
Colleen Tracy James
Jessica M. Stookey
Camille H. Mangiaratti
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000
*parmenio@cahill.com*
*ctracyjames@cahill.com*
*jstookey@cahill.com*
*cmangiaratti@cahill.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*apoff@ycst.com*
*rvrana@ycst.com*
*dmackrides@ycst.com*

*Attorneys for Xencor, Inc.*