**YOUNG CONAWAY**

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**CHARLOTTE**
CARILLON TOWER

**Adam W. Poff**
P 302.571.6642
apoff@ycst.com

January 27, 2026

**BY CM/ECF & HAND DELIVERY**

The Honorable J. Campbell Barker
U.S. District Court for the Eastern District of Texas
William M. Steger Federal Building
211 W. Ferguson
Tyler, TX 75702

    Re:    *Merus N.V. v. Xencor, Inc.*, C.A. No. 24-913-JCB

Dear Judge Barker:

    We write regarding the hearing on Defendant Xencor, Inc.'s motion to dismiss (D.I. 43) recently scheduled for February 17, 2026 (D.I. 47). Counsel for Xencor unfortunately has a previously scheduled and unmovable conflict in another case on that date and therefore reached out to counsel for Merus to propose that the parties jointly inquire about rescheduling the hearing. Merus is open to rescheduling the in-person hearing in Wilmington on February 17 if there is an alternative date convenient for the Court.

    The parties are sensitive to the fact that Your Honor's availability to travel to Wilmington may be limited and neither party wants to forgo the opportunity to present oral argument in person. As such, to aid in rescheduling, the parties have discussed their availability, and both sides could attend a hearing in Wilmington any day during the week of March 2, 2026. If those dates are not convenient, however, the parties respectfully request that the Court provide guidance as to Your Honor's next availability to hold an in-person hearing in Wilmington.

    Should Your Honor have any questions related to the foregoing, counsel for the parties are available at the Court's convenience.

    Respectfully,

    */s/ Adam W. Poff*

    Adam W. Poff (No. 3990)

cc:    All counsel of record (by CM/ECF & email)