UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:24-cv-00913

**Merus N.V.,**
*Plaintiff,*

v.

**Xencor, Inc.,**
*Defendant.*

# ORDER

Defendant filed a letter with the court requesting that the hearing on defendant's motion to dismiss, scheduled for February 17, 2026, be delayed. Doc. 50. That request is denied.

But, noting that defendant's counsel practice at two large firms with many litigators, the court is amenable to defense counsel splitting argument amongst themselves. For example, one may provide a technology primer and another address safe-harbor immunity under 35 U.S.C. § 271(e)(1).

*So ordered by the court on January 29, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -